STATE v. CHARLIE BERRY BARHAM, JR.

(Filed 2 May, 1956.)

**Automobiles § 72—**

> Evidence in this case *held* sufficient to support defendant's conviction of driving an automobile on the highways of the State while under the influence of intoxicants.

JOHNSON, J., took no part in the consideration or decision of this case.

APPEAL by defendant from *Bickett, J.,* December Term, 1955, of WAKE.

This is a criminal action. The defendant was tried on a warrant issued out of the Wake Forest Recorder's Court charging him with unlawfully and wilfully operating a motor vehicle upon the public roads of North Carolina on 13 March, 1955, while under the influence of some intoxicating beverage or narcotic drug. The second count charged the defendant with the unlawful possession of a quantity of nontax-paid whiskey.

The defendant was convicted in the Recorder's Court on the first count charging him with driving while intoxicated, and he appealed to the Superior Court. He was found not guilty in the Recorder's Court on the second count.

Defendant was tried and convicted in the Superior Court on the first count in the original warrant. From the judgment imposed on the verdict the defendant appeals, assigning error.

*Attorney-General Rodman and Asst. Attorney-General Love for the State.*

*W. Brantley Womble and Ellis Nassif for defendant.*

PER CURIAM. The defendant seriously contends that the State's evidence is insufficient to support the verdict. A careful consideration of the evidence, however, leads us to the conclusion that it is sufficient, and we so hold. Consequently, the assignments of error, in our opinion, present no prejudicial error that would justify disturbing the verdict rendered below.

No error.

JOHNSON, J., took no part in the consideration or decision of this case.